IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CR 71

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SHAWNTAINE LAMAR LOWMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** came on to be heard before the undersigned, pursuant to a motion entitled "Motion to Continue Arraignment" (#9) filed by defendant's counsel. It appearing to the court that good cause has been shown for the granting of such motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the defendant's "Motion to Continue Arraignment " (#9) is hereby **ALLOWED** and the arraignment of the defendant is hereby continued until August 3, 2009.

Signed: July 29, 2009

Dennis L. Howell
United States Magistrate Judge