# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr71

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| SHAWNTAINE LAMAR LOWMAN. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Partially Lift Seal [Doc. 32].

By Order entered on April 30, 2010, the Court denied the Defendant's motion to dismiss the indictment. [Doc. 31]. Because the order contained information included in the Defendant's presentence report, it was sealed. In this motion, defense counsel asks the Court to partially lift that seal so that the Defendant can "receive and review this sealed order." [Doc. 32].

The docket of the case shows that the Order is available to the United States and the Defendant Shawtaine Lamar Lowman. The Court finds it very curious that the Defendant would file a motion seeking relief that has previously been granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Partially Lift Seal [Doc. 32] is hereby **DENIED**.

Signed: May 3, 2010

Martin Reidinger
United States District Judge